LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

Jan. 3, 2021

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The motion by David Wikstrom to be relieved as counsel for defendant Ray Boyd is granted.

So ordered,
/s/ Alvin K. Hellerstein
Jan. 4, 2021

Re: United States v. Ray Boyd, *et al,*
20 CR 631 (AKH)

Dear Judge Hellerstein:

I respectfully move to be relieved as counsel to Defendant Ray Boyd.

I was appointed to represent Mr. Boyd case on December 2, 2020. He has now retained Patrick A. H. Watts, Esq., to represent him. Mr. Watts filed his Notice of Appearance on December 31, 2020.

Accordingly, I ask that the Court enter an order relieving me as counsel to Mr. Boyd.

Sincerely,

David Wikstrom