UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                    :
UNITED STATES OF AMERICA              :    **SCHEDULING ORDER**

                                                    :    20 Cr. 631 (AKH)
        -against-                            :

RAY BOYD,                                    :

                      Defendant.             :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing previously scheduled for October 12, 2022, is hereby adjourned until October 24, 2022. at 12 p.m.

        SO ORDERED.

Dated:      September 27, 2022                  /s/ Alvin K. Hellerstein
                New York, New York                 ALVIN K. HELLERSTEIN
                                                               United States District Judge