UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

RAY BOYD,

                Defendant.

---

**SCHEDULING ORDER**

20 Cr. 631 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing previously scheduled for December 20, 2022, is hereby adjourned until January 9, 2023, at 12 p.m.

        SO ORDERED.

Dated:    December 19, 2022           ___/s/ Alvin K. Hellerstein_____
             New York, New York           ALVIN K. HELLERSTEIN
                                                   United States District Judge