UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                 :
UNITED STATES OF AMERICA              :    **SCHEDULING ORDER**
                 :
                 :    20 Cr. 631 (AKH)
    -against-                           :
                 :
RAY BOYD,                               :
              Defendant.          :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing previously scheduled for January 23, 2023, is adjourned to February 9, 2023, at noon.

       SO ORDERED.

Dated:     January 19, 2023                    ___/s/ Alvin K. Hellerstein_____
            New York, New York            ALVIN K. HELLERSTEIN
                                                     United States District Judge